IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

LARRY KLAYMAN

    Plaintiff-Appellant,

v.

District of Columbia Court of Appeals et al

    Defendants-Appellees

Appeal No.: 25-7079

## STATEMENT OF UNDERLYING DECISION FROM WHICH APPEAL ARISES

The decisions underlying this appeal are the District Court's May 27, 2025 minute order denying Plaintiff-Appellant's Motion for Preliminary Injunction.

Dated: June 30, 2025

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
(561)558-5336
leklayman@gmail.com

*Appellant Pro Se*

## CERTIFICATE OF SERVICE

1

I HEREBY CERTIFY that on June 30, 2025 , a true copy of the foregoing was electronically transmitted by the Court's ECF system to all counsel and parties of record.

<u>*/s/ Larry Klayman*</u>