# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 25-7079** | **September Term, 2024** |
| | **1:24-cv-02997-RBW** |
| | **Filed On:** July 8, 2025 |

Larry Elliott Klayman,

      Appellant

    v.

District of Columbia Court of Appeals, et al.,

      Appellees

    **BEFORE:**   Millett, Pillard, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite, the oppositions thereto, and the reply, it is

**ORDERED** that consideration of the motion to expedite be deferred pending the filing of dispositive motions due by July 14, 2025. The court will enter an appropriate briefing and argument schedule upon the resolution of any dispositive motions.

### Per Curiam

                            **FOR THE COURT:**
                            Clifton B. Cislak, Clerk

                  BY:    /s/
                            Emily Campbell
                            Deputy Clerk