# United States Court of Appeals
#### For The District of Columbia Circuit

_____

**No. 25-7079**                                                           **September Term, 2024**

                                                                               1:24-cv-02997-RBW

                                                              **Filed On: August 5, 2025** [2128814]

Larry Elliott Klayman,

      Appellant

   v.

District of Columbia Court of Appeals, et al.,

      Appellees

### O R D E R

      On July 14, 2025, appellees filed a dispositive motion. Any response was due by July 24, 2025. To date, no response has been received from appellant. Upon consideration of the foregoing, it is

      **ORDERED**, on the court's own motion, that appellant show cause by September 4, 2025, why the dispositive motion should not be considered and decided without a response. The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Failure by appellant to respond to this order may result in dismissal of the case for failure to prosecute. See D.C. Cir. Rule 38.

                                                        **FOR THE COURT:**
                                                        Clifton B. Cislak, Clerk

                               BY:    /s/
                                                         Emily K. Campbell
                                                        Deputy Clerk