# IN THE U.S. COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

LARRY KLAYMAN

           Appellant,

v.

DISTRICT OF COLUMBIA
COURT OF APPEALS, et al

           Appellees.

**Appeal No: 25-7079**
**Lower Court Case No: 1:24-cv-02997**

## APPELLANT LARRY KLAYMAN'S RESPONSE TO COURT'S ORDER OF AUGUST 5, 2025

Appellant Larry Klayman ("Mr. Klayman") hereby submits the following in response to the Court's August 5, 2025 Order to Show Cause directing him to show cause why the Appellees' Motion for Summary Affirmance should not be decided without a response from Mr. Klayman.

Until the issuance of this August 5, 2025 order, Mr. Klayman had been unaware that the Appellees had filed dispositive motions. Upon review of the service list and docket, it was discovered that his staff who handle calendaring, Mary Lewis and Oliver Peer are not on the service list for this appeal. From prior experience, those individuals had usually been automatically included on service lists once an appeal was initiated. Furthermore, Mr. Klayman, who receives over three hundred (300) emails per day, inadvertently missed the email from counsel

1

for Appellees, Mr. Les Machado, providing him with a service copy on July 14, 2025.

Furthermore, during that time, Mr. Klayman's attention had been drawn to his surrogate mother at the time, who passed away by traumatic assisted suicide last Friday, August 1, 2025. Mr. Klayman's primary focus and attention had been devoted to her emotional health and physical condition for the past several weeks during this extremely difficult period.

In this regard, Mr. Klayman respectfully requests ten (10) days to submit responses to the Appellees' dispositive motions, the substance of which was addressed in part in his July 14, 2025 Supplement to Motion to Expedite Appeal. Mr. Klayman has sought to expedite this appeal and clearly had no intention of delaying this matter. Mr. Klayman also respectfully requests that his staff, maryparkerlewis@gmail.com and oliver.peerfw@gmail.com, be added to the service list to avoid this situation in the future.

Date: August 5, 2025                           Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: (561)-558-5336
Email: leklayman@gmail.com

*Pro Se*

2

## **CERTIFICATE OF SERVICE**

I, Larry Klayman, hereby certify that on this day, August 5, 2025 a copy of the foregoing was served counsel for all parties via the Court's ECF procedures.

*/s/ Larry Klayman*

## **CERTIFICATE OF WORD COUNT**

I, Larry Klayman hereby certify that the foregoing complies with word count limits and contains 279 words.

*/s/ Larry Klayman*