# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-7079**                    **September Term, 2025**

**1:24-cv-02997-RBW**

**Filed On:** December 19, 2025

Larry Elliott Klayman,

          Appellant

    v.

District of Columbia Court of Appeals, et al.,

          Appellees

**BEFORE:**    Rao, Walker, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite and the supplements thereto, the oppositions to the motion to expedite, and the reply; the motions for summary affirmance and the supplements thereto, the opposition to the motions for summary affirmance, the reply, and the combined motion for leave to file a surreply and lodged surreply; and the notice of supplemental authority, it is

**ORDERED** that the motion for leave to file a surreply be granted. The Clerk is directed to file the lodged surreply. It is

**FURTHER ORDERED** that this appeal be dismissed as moot.

Appellant was the subject of attorney discipline proceedings in the District of Columbia. He appeals the district court's denial of a motion for a preliminary injunction in which he requested that the court find that reports prepared by a Hearing Committee and the Board on Professional Responsibility were "void ab initio and vacated and thus preliminarily enjoined from further consideration." Klayman v. DCCA, 1:24-cv-02997-RBW, ECF #11 at 5, 25.

On August 7, 2025, after the district court denied appellant's motion and he appealed the denial to this court, the D.C. Court of Appeals suspended appellant from the practice of law in the District of Columbia for 18 months, with a fitness condition for reinstatement. See In re Klayman 340 A.3d 1212 (D.C. 2025), rehearing en banc denied (Sept. 12, 2025).

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

## No. 25-7079                                         September Term, 2025

This appeal is now moot because the D.C. Court of Appeals has considered the two reports and entered its disciplinary decision.  See, e.g., Animal Legal Defense Fund v. Shalala, 53 F.3d 363, 365-66 (D.C. Cir. 1995) (dismissing as moot appeal of denial of preliminary injunction seeking access to meetings, where final meeting occurred while appeal was pending).  It is

**FURTHER ORDERED** that the motions for summary affirmance and the motion to expedite be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**