# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7079**                           **September Term, 2025**

**1:24-cv-02997-RBW**

**Filed On:** April 8, 2026

Larry Elliott Klayman,

      Appellant

    v.

District of Columbia Court of Appeals, et al.,

      Appellees


**BEFORE:**    Rao, Walker, and Childs, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing and the notice seeking a ruling on disqualification of the district judge, it is

**ORDERED** that the petition be denied.  It is

**FURTHER ORDERED** that appellant's requests for disqualification of the district judge be denied.  Appellant has not shown that disqualification is warranted.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk